### Sikes *v.* Hurt *et al.*

Hill, J. 1. There is no merit in the motion to dismiss the writ of error.
2. There was no error in sustaining the demurrer and objections to the amendment to the plaintiff's petition, in revoking the order allowing the amendment, and in sustaining the demurrer and dismissing the suit: *Judgment affirmed. By five Justices, all concurring.*
SEPTEMBER 12, 1916.

Equitable petition. Before Judge Pendleton. Fulton superior court. June 17, 1915.

*J. S. James* and *J. R. Bedgood,* for plaintiff.
*R. E. Lee Cone* and *Owens Johnson,* for defendants.